AO 442 (Rev. 11/11) Arrest Warrant  FID 1153505

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS  District of Columbia District Court at 2:49 pm, Jul 18, 2024

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRADLEY SCOTT NELSON | ) | Case No. 23cr205 (JDB) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bradley Scott Nelson,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ☑ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

   Mr. Nelson posted violent rhetoric against four public officials.

Date: 07/18/2024

*John D. Bates*
Digitally signed by John D. Bates
Date: 2024.07.18 11:22:43 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

John D. Bates, US District Court Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*